**Brien O. HILL, Plaintiff-Appellant,**

v.

**LEARNING EXPERIENCE,
Defendant-Appellee.**

No. 17-1930

United States Court of Appeals,
Fourth Circuit.

Submitted: October 17, 2017

Decided: October 19, 2017

Brien O. Hill, Appellant Pro Se. Richard Maxwell Volin, VOLIN EMPLOYMENT LAW, PLLC, Falls Church, Virginia, for Appellee.

Before FLOYD and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brien O. Hill appeals the district court's order granting summary judgment to The Learning Experience ("TLE") on Hill's disability discrimination claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hill v. Learning Experience*, No. 1:15-cv-01593-GBL-TCB (E.D. Va. filed July 28, 2017 & entered July 31, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*